**Raaj Amexem Moor RAFA EL, a/k/a Roger Allen Moore, Plaintiff—Appellant,**

v.

**State of MARYLAND Incorporated; Martin O'Malley, Governor; Nathan Braverman, District Court Judge; John W. Anderson, Sheriff; Nancy K. Kopp, Treasurer; Stephanie Rawlings–Blake, Mayor; Fred Beelefeld, III, Police Commissioner; Barack H. Obama, President; Eric Holder, Attorney General, Defendants—Appellees.**

No. 11–2172.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 21, 2012.

Raaj Amexem Moor Rafa El, Appellant Pro Se.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raaj Amexem Moor Rafa El appeals the district court's order dismissing his complaint for frivolousness. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rafa El v. Maryland,* No. 1:11–cv–02611–JKB (D.Md. Sept. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*